UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DAPHNEY SCOTT,

                              Plaintiff,

              -against-

E. HOPE GREENBERG,
CAPITOL DISCOUNT CORP., AND
MYLAH FURNITURE INC. a/k/a
MYLAH FURNITURE,

                             Defendants.
---------------------------------------------------------------X

**DOCKET NO: 1:15-CV-05527-MKB-RER**

**AFFIDAVIT OF E. HOPE GREENBERG**

STATE OF NEW YORK    )
                            ) SS:
COUNTY OF Nassau     )

E. HOPE GREENBERG, being duly sworn, deposes and says:

1. I am one of the above named defendants in this matter and as such I have personal knowledge of the facts herein.
2. I make this Affidavit in support of the instant pre-motion conference requesting that all claims against be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.
3. On or about February 12, 2014, Plaintiff, Daphney Scott, called my office and negotiated a settlement in the matter titled *Capitol Discount Corp. v. Daphney Scott*, which was pending in the Civil Court of the City of New York, County of Kings, Index No. CV-000280-14/KI.
4. On February 12, 2014, I mailed an original and two copies of the stipulation of settlement that the parties agreed upon to Plaintiff. A true and correct copy of the stipulation of settlement and letter enclosing said stipulation is annexed hereto as Exhibit 1.
5. The letter enclosing the stipulation requested that all copies be signed and returned to my office immediately.
6. Plaintiff never returned any signed copies of the stipulation to my office.
7. I declare under penalty of perjury that the foregoing is true and correct.

                                                                E. Hope Greenberg

Sworn to before me this

23 day of November 2015

_____
Notary Public

GREGG MICHAEL GREENBERG
Notary Public, State of New York
No. 01GR6072845
Qualified in Suffolk County
Commission Expires April 15, 20 18