# LAW OFFICE OF E. HOPE GREENBERG

Admitted in New York

2650 Merrick Rd.
Suite 101
Bellmore, NY 11710
Ph: 516-679-9804

02/12/14

DAPHNEY SCOTT
1352 BUSHWICK AVE #2
BKLYN NY 11207

Re: account number   95167

Dear DAPHNEY SCOTT:

Enclosed please find original and two copies of the stipulation of settlement that we agreed upon.

Please sign all copies and return them to us immediately. Upon receipt of same, a fully executed copy will be returned to you for your records.

Your next payment is due on 02/28/14.

Very truly yours,

E. Hope Greenberg

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS,                                           INDEX NUMBER

## STIPULATION OF SETTLEMENT

CAPITOL DISCOUNT CORP                          Re: Account #  95167
        Plaintiff
   against
DAPHNEY SCOTT
        defendant(s)

IT IS STIPULATED AND AGREED by and between the parties to the within action as follows:

1. Defendant(s) consent to the jurisdiction of this court and waives any jurisdictional defenses.

2. Defendant(s) admits liability to Plaintiff in the amount of $3,200.00 and does hereby agree to remit that sum to Plaintiff. Defendant(s) waives all counterclaims and defenses against Plaintiff.

3. Payment of the above shall be as follows:
Initial payment of $100.00 due on or before 02/28/14. Then payments of $100.00 due on or before 03/28/14 and every 28th of the month thereafter until the balance is paid.

4. Payments shall be payable at the office of Plaintiff, CAPITOL DISCOUNT CORP
    2650 MERRICK ROAD BELLMORE, NY 11710.

Checks should be made payable to CAPITOL DISCOUNT CORP.

5. The parties agree that a $20.00 fee shall be charged for any check or money order submitted as payment but returned by a bank or other entity for whatever reason.

6. No payment by defendant(s) of a lesser amount than the installment herein stipulated to be paid shall be deemed to be other than on account of the earliest installments due, nor shall any endorsement or statement on any check or in any letter accompanying any payment, be deemed an accord and satisfaction. Plaintiff may accept such payment without prejudice to enforcing it's rights under this stipulation. Plaintiff may proceed against any defendant(s) not signing this stipulation of settlement.

7. Defendant(s) shall notify Plaintiff via regular mail with mailing receipt, within ten (10) days change of address.

8. In the event that defendant(s) default upon the terms of this agreement, Plaintiff shall have the right to enter judgment after 7 calendar days, with notice to cure, for the amount sued, plus contractual interest, plus contractual attorney fees of $0.00 plus costs & disbursements, less any payments made hereunder.

9. Upon completion of the terms listed above plaintiff will issue a stipulation discontinuing action.

Dated 02/12/14

        Attorney for plaintiff  E. HOPE GREENBERG

DAPHNEY SCOTT 1352 BUSHWICK AVE #2 BKLYN NY 11207