## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on November 23, 2015. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: November 23, 2015                             /s/ Dianna McCarthy
                                                     Dianna McCarthy