

**VIA ELECTRONIC CASE FILING**
Honorable Margo K. Brodie
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201

January 14, 2016

        **Re: Joint Proposed Briefing Schedule**
        *Daphney Scott v. E. Hope Greenberg et. al.*,
        1:15-cv-05527-MKB-RER (E.D.N.Y.)

Dear Judge Brodie:

The parties jointly file the following proposed briefing schedule for Defendants' motions to dismiss:

Defendants shall serve their moving papers on or by February 3, 2016;
Plaintiff shall respond on or by February 29, 2016; and,
Defendants' reply is due on or by March 7, 2016.

All parties consent to service of motion papers by e-mail. Finally, Defendants consent to Plaintiff filing a consolidated response to the motions to dismiss that shall not exceed 45 pages.

Thank you for your consideration of my request.


        Respectfully submitted,


        /s/ Shanna Tallarico, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on January 14, 2016. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Dated: January 14, 2016 | /s/ Shanna Tallarico |
| | Shanna Tallarico |